# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BENTLY MARION II,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR OREGEL, et al.,<br><br>Defendants. | **Case No.  1:24-cv-00872-KES-SKO**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION FROM 440 (CIVIL RIGHTS: OTHER) TO 550 (CONDITIONS OF CONFINEMENT)** |

Plaintiff, Carl Bently Marion II, filed a civil action on July 30, 2024.  (Doc. 1.)  Upon review of Plaintiff's allegations, the Court has determined that Plaintiff's case is properly characterized as a prisoner civil rights case based on conditions of confinement under 42 U.S.C. § 1983.

Accordingly, the Court HEREBY ORDERS the Clerk of Court to re-designate this action from 440 (civil rights: other) to 550 (conditions of confinement).

IT IS SO ORDERED.

Dated:   **August 1, 2024**              /s/ *Sheila K. Oberto*             
                                    UNITED STATES MAGISTRATE JUDGE