UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BENTLY MARION II,<br><br>           Plaintiff,<br><br>      v.<br><br>EDGAR OREGEL, et al.,<br><br>           Defendants. | Case No.: 1:24-cv-00872-KES-SKO<br><br>**ORDER DIRECTING CLERK OF THE COURT TO TERMINATE THE PENDING MOTION FOR DEFAULT JUDGMENT**<br><br>(Doc. 17)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A FURTHER STATUS REPORT NO LATER THAN FEBRUARY 27, 2026** |

Plaintiff Carl Bently Marion II is represented by counsel in this civil rights action pursuant to 42 U.S.C. section 1983. This action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim against Defendant Merritt.[1]

**I.      BACKGROUND**

On December 16, 2025, the Court issued its Order Approving Substitution of Counsel; Directing the Clerk to Terminate Attorney Hayden; Discharging Attorney Hayden's Obligation to Serve Plaintiff; Requiring Attorney Hanagan to Serve a Copy of This Order on Plaintiff; Requiring a Status Update Regarding the Motion for Default; and Extending Plaintiff's Time to Serve Defendant Under Rule 4(m). (*See* Doc. 20.) The Court directed "Plaintiff to, within seven

---

[1] Defendants Carlson, Cerda, Doe #1, Doe #2, Fishburn, Garcia, Gray, Hales, Moreno, Nicholson, Oberst, Rocha, Sherman, and Ward were dismissed from the action on July 23, 2025. (*See* Doc. 13.)

(7) days, either (1) file a status update indicating that he wishes to proceed with the motion for default; or (2) withdraw the motion for default."[2] (*Id*. at 2.)

On December 30, 2025, when Plaintiff failed to respond, the Court issued its Order to Show Cause (OSC) in Writing Why Sanctions Should Not be Imposed for Plaintiff's Failure to File Status Update, or, Alternatively, to Withdraw the Motion for Default. (Doc. 21.) Later that same date, Plaintiff filed a response to the OSC. (Doc. 22.)

On January 5, 2026, the Court issued its Order Discharging Order to Show Cause and Order Granting Request to Extend Time Within Which to File Status Update or, Alternatively, to Withdraw the Motion for Default. (Doc. 23.) Plaintiff was to "file the required status update and/or withdraw the motion for default" no later than January 16, 2026. (*Id*. at 3.)  On January 14, 2026, Plaintiff filed a status report. (Doc. 24.)

**II.     DISCUSSION**

In his status report, Plaintiff's counsel states he has "reviewed the case file and spoken with prior counsel." (Doc. 24.) Counsel for Plaintiff states he "hereby withdraws his previously filed" motion seeking default, noting Defendant Merritt "has not yet been served with a copy of the complaint and thus default is premature." (*Id*. at 1.) Counsel also asserts that he has "reviewed public records and has determined Ms. Merrit[t] is presently employed" at California State Prison, Corcoran, and that he "has prepared and submitted a summons for Ms. Merrit[t] for issuance by the Clerk of the Court." (*Id*. at 1-2.) Once the summons is issued, Plaintiff will attempt service. (*Id.* at 2.) Finally, counsel "requests that this Court schedule the filing of a further status update for a date in late February 2026" so counsel can "update the Court on the posture of the litigation moving forward." (*Id*. at 2.)

In light of the representations made in Plaintiff's status report, the Court will direct the Clerk of the Court to terminate the pending motion for default and set a deadline for the filing of a further status report regarding service of process of Defendant Merritt.

//

---

[2] "Plaintiff's Motion for Default Judgment" was filed November 25, 2025. (*See* Doc. 17.)

2

### III.   CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS**:

1. The Clerk of the Court is **DIRECTED** to terminate the gavel associated with the motion for default judgement (Doc. 17) filed November 25, 2025; and

2. Plaintiff **SHALL** file a further status report, addressing his efforts to serve Defendant Merritt with the operative complaint, **no later than February 27, 2026**.

IT IS SO ORDERED.

Dated:   **January 14, 2026**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

3