UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARL BENTLY MARION II,

           Plaintiff,

     v.

EDGAR OREGEL, et al.,

           Defendants.

Case No.: 1:24-cv-00872-KES-SKO

**ORDER RE STATUS REPORT FILED MARCH 2, 2026**

(Doc. 28)

Plaintiff Carl Bently Marion II is represented by counsel in this civil rights action pursuant to 42 U.S.C. section 1983. This action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim against Defendant Laura Merritt.

## I.      RELEVANT BACKGROUND

On January 14, 2026, the Court issued its Order Directing Clerk of the Court to Terminate the Pending Motion for Default Judgment and Order Directing Plaintiff to File a Further Status Report No Later Than February 27, 2026. (Doc. 25.)

On March 2, 2026, Plaintiff filed "Plaintiff's Carl Bently Marion II's Status Report." (Doc. 28.)

## II.      DISCUSSION

Plaintiff's counsel has determined that Defendant Merritt is currently employed at California State Prison, Corcoran, and states that a summons and complaint have been sent to the

Kings County Sheriff's Department's Civil Division for service. Plaintiff asks the Court to permit the filing of a further status report "for a date in late April 2026," so that counsel can "update the Court on the posture of the litigation moving forward."

The Court will set a deadline of April 30, 2026, for the filing of a further status report regarding service of process of Defendant Merritt. The Court cautions Plaintiff to ensure the further status report is *timely* filed. The Court previously ordered that "Plaintiff **SHALL** file a further status report, addressing his efforts to serve Defendant Merritt with the operative complaint, **no later than February 27, 2026**." (Doc. 25 at 3, emphasis in original.) Although the further status report was signed by Plaintiff's counsel on February 27, 2026, it was not *filed* until March 2, 2026, making it untimely. Moving forward, Plaintiff's counsel shall ensure compliance with this Court's orders in a timely fashion to avoid the imposition of sanctions.

## III.   CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that Plaintiff **SHALL** file a further status report concerning the status of service of process to Defendant Merritt **no later than April 30, 2026**.

**WARNING: A failure to timely comply with this Order may result in a recommendation for the imposition of sanctions, including dismissal of the action for a failure to obey court orders.**

IT IS SO ORDERED.

Dated:   **March 9, 2026**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

2